CO-386
10/2018

# United States District Court
# For the District of Columbia

FIX THE COURT )
)
)
)
             Plaintiff )   Civil Action No._____
vs )
DEPARTMENT OF STATE )
)
)
)
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __FIX THE COURT__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __FIX THE COURT__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ David L. Sobel_
Signature

360418
BAR IDENTIFICATION NO.

David L. Sobel
Print Name

5335 Wisconsin Ave., NW Suite 640
Address

Washington,  DC    20015
City    State    Zip Code

202-246-6180
Phone Number