IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIX THE COURT** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-0767-DLF |
| ) | |
| **DEPARTMENT OF STATE** ) | |
| ) | |
| Defendant. ) | |

**AFFIDAVIT OF MAILING**

I, Elizabeth L. Critchley, hereby state that:

On March 26, 2025, I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, postage pre-paid, first-class certified mail addressed to the following parties, with the following receipt numbers (receipts attached hereto):

| | |
|---|---|
| Department of State | Receipt No. 70191120000187506750 |
| U.S. Attorney General | Receipt No. 70191120000187506774 |
| Office of the U.S. Attorney | Receipt No. 70191120000187506767 |

As reflected in the attached tracking reports from the U.S. Postal Service, the certified mail described above was received on the following dates:

| | |
|---|---|
| Department of State | April 4, 2025 |
| U.S. Attorney General | April 3, 2025 |
| Office of the U.S. Attorney | April 3, 2025 |

I declare under penalty of perjury that the foregoing is true and correct.

04/22/2025
Date

Elizabeth L. Critchley

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 8750 6767

Certified Mail Fee $
Extra Services & Fees
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and $

Sent To: OFFICE OF THE U.S. ATTORNEY
Civil Process Clerk
Street and Apt. No.: 555 Fourth Street, N.W.
City, State, ZIP+4®: Washington DC 20530

Postmark: MAR 26 2025, USPS Chevy Chase Post Office, Chevy Chase MD 20815

PS Form 3800, April 2015 PSN 7530-02-000-9047



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 8750 6774

Sent To: U.S. ATTORNEY GENERAL
Department of Justice
Street and Apt.: 950 Pennsylvania Avenue, N.W.
City, State, ZIP: Washington DC 20530

Postmark: MAR 26 2025

PS Form 3800, April 2015 PSN 7530-02-000-9047



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7019 1120 0001 8750 6750

Sent To: DEPARTMENT OF STATE
Street and Apt. No., or P: 2201 C Street, N.W.
City, State, ZIP+4®: Washington, DC 20451

Postmark: MAR 26 2025

PS Form 3800, April 2015 PSN 7530-02-000-9047

USPS.com® - USPS Tracking® Results                                                                                           4/4/25, 3:34 PM

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st

Your item was picked up at a postal facility at 6:03 am on April 4, 2025 in WASHINGTON, DC 20521.

WASHINGTON, DC 20521
April 4, 2025, 6:03 am

See All Tracking History

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=70191120000187506750%2C&tABt=false                Page 1 of 2

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Your item was picked up at a postal facility at 5:15 am on April 3, 2025 in WASHINGTON, DC 20530.

WASHINGTON, DC 20530
April 3, 2025, 5:15 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Get More Out of USPS Tracking:**
    USPS Tracking Plus®

**Text & Email Updates**                                                  ⌄

**USPS Tracking Plus®**                                                   ⌄

**Product Information**                                                   ⌄

See Less ⌃

# USPS Tracking®

FAQs >

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/st**

Your item was picked up at a postal facility at 5:15 am on April 3, 2025 in WASHINGTON, DC 20530.

WASHINGTON, DC 20530
April 3, 2025, 5:15 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                     ⌄

Product Information                                                     ⌄

See Less ⌃

Feedback