UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 25-0767 (DLF) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Now comes the Department of State, Defendant in the above captioned Freedom of Information Act ("FOIA") matter, and respectfully moves for a 30-day extension of time within which to respond to Plaintiff's complaint filed on March 17, 2025 (ECF No. 1). An answer is presently due on May 5, 2025, and Defendant requests an extension until June 4, 2025.

Pursuant to Local Civil Rule 7(m), undersigned counsel consulted with counsel for Plaintiff, David Sobel, prior to filing this motion to obtain his assent or position on the motion. Counsel for Plaintiff indicated his assent to a 10-day extension of the answer date.

There are good grounds for the granting of this motion pursuant to Federal Rule of Civil Procedure ("Rule") 6(b).

Due to the influx of cases in the Civil Division of the United States Attorney's Office, there is sometimes a delay in the assignment of cases, including this one, which counsel did not receive until April 29, 2025. The Civil Division has also been inundated with emergency matters and undersigned counsel has been on emergency duty this week and has not yet been able to confer with the Agency and prepare a response to Plaintiff's complaint.

Finally, undersigned counsel, as with all Assistant United States Attorneys in the Civil Division, has an extremely active and burdensome litigation caseload. At present, undersigned counsel has approximately 110 active cases. Given the workload, it is not always possible to adhere to initial scheduling deadlines. There is not enough time to prepare a well-reasoned and thorough response to Plaintiff's complaint by the current due date.

Defendant submits this motion in good faith and not for the purpose of delay. This is the first request for an extension of the answer date.

For the foregoing reasons, it is respectfully requested that the Defendant be given until June 4, 2025, to respond to Plaintiff's complaint. A proposed order is attached.

| | |
|---|---|
| Dated: May 2, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, D.C. Bar #481866<br>United States Attorney<br><br>By:   */s/ Thomas W. Duffey*<br>THOMAS W. DUFFEY<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2510<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 25-0767 (DLF) |

### [PROPOSED] ORDER

This matter, having come before the Court on the motion of Defendant to extend the time to respond to Plaintiff's complaint, and the Court having considered the motion and any opposition thereto, and the entire record herein, it is hereby ORDERED

That Defendant's motion is granted, and Defendant shall respond to Plaintiff's complaint on or before June 4, 2025.

_____
DABNEY L. FRIEDRICH
United States District Judge