UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>      Defendant. | Civil Action No. 25-0767 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 5, 2025, minute order, Plaintiff Fix the Court and Defendant the Department of State (the "Department") respectfully submit this joint status report. The parties submit the following statements:

**Defendant's Statement**

1. This case stems from two Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the Department for records regarding security provided by Department of State personnel for Justices of the United States Supreme Court while travelling abroad between January 1, 2018, and November 27, 2024.

2. The State Department reports that it is actively processing Plaintiff's request. At this time, the Department is continuing to conduct searches for and collect records responsive to the requests. Specifically, the Department reports that, after an initial set of searches, it identified additional search terms and information which need to be pursued to fully execute a response to Plaintiff. As the Department's search and collection of records potentially responsive to Plaintiff's request is not yet completed, the Department is unable to project an anticipated number of records responsive to the request, nor is it able to anticipate dates for release of the requested records.

3. The Department will keep Plaintiff apprised of its progress and report on the results

of its search and collection once completed. The parties will further confer and discuss a mutually-agreed upon production schedule as soon as the Department has more clarity on the scope and nature of the records to be processed.

4. Defendant proposes to update the Court in a forthcoming Joint Status Report to be submitted on or before August 25, 2025, and that further Joint Status Reports be submitted to the Court every sixty days thereafter, on a rolling basis.

5. Defendant does not believe a status conference is necessary as suggested by Plaintiff below. Defendant is facing a huge backlog of requests, in excess of 25,000 at present. Defendant is processing Plaintiff's request in good faith. This request is taking a great deal of investigation in order to locate responsive records.

**Plaintiff's Statement**

1. This lawsuit concerns two FOIA requests that plaintiff submitted to defendant for agency records in February 2023 and November 2024. Plaintiff initiated this action on March 17, 2025 -- more than two years after it filed its initial FOIA request -- to challenge the agency's continuing failure to respond to its requests.

2. Defendant Department of State requested, and the Court granted, a 30-day extension of time in which to respond to plaintiff's complaint. Upon the filing of defendant's answer, the Court issued a minute order requiring the parties to meet and confer and to submit a status report on or before June 26, 2025, "address[ing] the status of the plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents." Minute Order of June 5, 2025.

3. On June 5, 2025, counsel for plaintiff contacted opposing counsel to initiate the meet and confer process ordered by the Court. Receiving no response, plaintiff's counsel again contacted opposing counsel on June 20, 2025, and again received no response. Defendant's counsel did not contact plaintiff's counsel until this morning, conveying defendant's "status

report," in which the agency asserts that it is "unable to project an anticipated number of records responsive to the request, nor is it able to anticipate dates for release of the requested records."

4. Plaintiff submits that defendant has failed to comply with the Court's "meet and confer" directive in good faith, and that it has failed to comply with the Court's order that it identify "the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents."

5. In light of the foregoing, plaintiff respectfully requests that the Court schedule a status conference at its earliest convenience.

Dated: June 26, 2025
          Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

   */s/ David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180
sobel@att.net

*Attorney for Plaintiff*