UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 25-0767 (DLF) |

## JOINT STATUS REPORT

Pursuant to the Court's June 30, 2025 minute order, Plaintiff Fix the Court and Defendant the Department of State (the "Department") respectfully submit this joint status report. The parties report as follows:

1.　This case stems from a Freedom of Information Act ("FOIA") request that Plaintiff submitted to the Department for records regarding security provided by Department of State personnel for Justices of the United States Supreme Court while travelling abroad between January 1, 2018, and November 27, 2024.

2.　The State Department reports that it is actively processing Plaintiff's request. As of this date, the Department has located approximately 2,500 potentially responsive records. The Department is currently conducting a responsiveness review of those records and anticipates the number of responsive records will be lower. The Department will process responsive records as they are identified but cannot commit to or estimate dates for release of such records at this time. As the Department evaluates the scope, nature, and required internal and external consultations necessary regarding records identified as responsive, the Department will update and consult with Plaintiff to discuss production schedules.

3.　The parties propose to update the Court in a forthcoming Joint Status Report to be

submitted on or before October 24, 2025, and that further Joint Status Reports be submitted to the Court every sixty days thereafter, on a rolling basis.

| | |
|---|---|
| Dated: August 25, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: /s/ *Thomas W. Duffey*<br>      THOMAS W. DUFFEY<br>      Assistant United States Attorney<br>      601 D Street, NW<br>      Washington, DC 20530<br>      (202) 252-2510<br><br>*Attorneys for the United States of America*<br><br>      /s/ *David L. Sobel*<br>      DAVID L. SOBEL<br>      Law Office of David L. Sobel<br>      5335 Wisconsin Avenue, N.W.<br>      Suite 640<br>      Washington, DC 20015<br>      (202) 246-6180<br>      sobel@att.net<br><br>*Attorney for Plaintiff* |