UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF STATE,<br><br>　　　　Defendant. | Civil Action No. 25-0767 (DLF) |

**JOINT STATUS REPORT**

　　Pursuant to the Court's August 25, 2025 minute order, and the Standing Order of Chief Judge Boasberg No. 25-59, Plaintiff Fix the Court and Defendant the Department of State (the "Department") respectfully submit this joint status report. The parties report as follows:

　　1.　This case stems from a Freedom of Information Act ("FOIA") request that Plaintiff submitted to the Department for records regarding security provided by Department of State personnel for Justices of the United States Supreme Court while travelling abroad between January 1, 2018, and November 27, 2024.

　　2.　The State Department reported previously that it was actively processing Plaintiff's request, and that it had located approximately 2,500 potentially responsive records. The Department committed to conducting a responsiveness review of those records. Undersigned counsel and the Department were severely impacted by the government shutdown and were not allowed to work on this FOIA case and other matters during that period.

　　3.　Despite the six-week government shutdown, the Department has now completed an initial responsiveness review of those records and has identified a subset of 265 potentially responsive records and has eliminated over 2,000 records. The Department will proceed to process those records for potential production. The Department anticipates being able to make a first interim

production of those records to Plaintiff on or before March 16, 2026.

4. The parties propose to update the Court in a forthcoming Joint Status Report to be submitted on or before March 20, 2026, and that further Joint Status Reports be submitted to the Court every sixty days thereafter, on a rolling basis.

Dated: December 16, 2025  
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By: /s/ *Thomas W. Duffey*  
THOMAS W. DUFFEY  
Assistant United States Attorney  
601 D Street, NW  
Washington, DC 20530  
(202) 252-2510

*Attorneys for the United States of America*

/s/ *David L. Sobel*  
DAVID L. SOBEL  
Law Office of David L. Sobel  
5335 Wisconsin Avenue, N.W.  
Suite 640  
Washington, DC 20015  
(202) 246-6180  
sobel@att.net

*Attorney for Plaintiff*