UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

Plaintiffs,

v.

DEPARTMENT OF STATE,

Defendant.

Civil Action No. 25-0767 (DLF)

**JOINT STATUS REPORT**

Pursuant to the Court's July 20, 2026 Minute Order, Plaintiff Fix the Court and Defendant the Department of State (the "Department") respectfully submit this joint status report. The parties report as follows:

1. This case stems from a Freedom of Information Act ("FOIA") request that Plaintiff submitted to the Department for records regarding security provided by Department of State personnel for Justices of the United States Supreme Court while travelling abroad between January 1, 2018, and November 27, 2024.

2. The State Department reported previously that it was actively processing Plaintiff's request, and that it had located approximately 2,500 potentially responsive records. The Department committed to conducting a responsiveness review of those records.

3. The Department has now completed an initial responsiveness review of those records and identified a subset of 265 potentially responsive records. The Department made a first interim production of responsive records on March 18, 2026, a second interim production on April 29, 2026, a third interim production on June 22, 2026, a fourth interim production on July 22, 2026, and an interim response determination on September 2, 2026.

4. At this time, approximately 100 potentially responsive records remain to be

processed. The Department previously reported 84 potentially responsive records remained to be processed, but, in the time period since the last Joint Status Report, subsequently identified 42 additional potentially responsive records in the course of its ongoing review. The Department will proceed to process those records for potential production. The Department will continue to make its best efforts to process 450 pages of potentially responsive material and make interim productions approximately every six weeks moving forward, on a rolling basis.

5. The parties propose to update the Court in a forthcoming Joint Status Report to be submitted on or before November 17, 2026, and that further Joint Status Reports be submitted to the Court every sixty days thereafter, on a rolling basis.

Dated: September 18, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Thomas W. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

*/s/ David L. Sobel*
DAVID L. SOBEL
Law Office of David L. Sobel
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180
sobel@att.net

*Attorney for Plaintiff*