UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FIX THE COURT,

*Plaintiff*,

v.

DEPARTMENT OF STATE,

*Defendant*.

Civil Action No. 25-0767 (DLF)

**SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jon Lemos as counsel of record for Defendant in this matter, who is substituting as counsel for Assistant United States Attorney Thomas Duffey.

Dated: November 17, 2026

Respectfully submitted,

By: */s/ Jon Lemos*

Jon Lemos
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-1725
Jon.Lemos@usdoj.gov