UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 25-0767 (DLF) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 19, 2026 Minute Order, Plaintiff Fix the Court and Defendant the Department of State (the "Department") respectfully submit this joint status report.

This case stems from a Freedom of Information Act ("FOIA") request that Plaintiff submitted to the Department for records regarding security provided by Department of State personnel for Justices of the United States Supreme Court while travelling abroad between January 1, 2018, and November 27, 2024.

The State Department reported previously that it completed an initial responsiveness review of 2,500 potentially responsive records and identified a subset of 265 potentially responsive records. The Department made the first interim production of responsive records on March 18, 2026, a second interim production on April 29, 2026, a third interim production on June 22, 2026, a fourth interim production on July 22, 2026, and an interim response determination on September 2, 2026.

The Department now states that it has completed its responsiveness review of all electronically retrieved records. Defendant anticipates making its next production on November 25, 2026.

The parties respectfully propose to update the Court in a forthcoming Joint Status Report

to be submitted on or before January 19, 2026.

Dated: November 17, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jon Lemos*
JON LEMOS
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*

*/s/ David L. Sobel* (with permission)
DAVID L. SOBEL
Law Office of David L.
Sobel 5335 Wisconsin
Avenue, N.W. Suite 640
Washington, DC 20015
(202) 246-6180
sobel@att.net

*Attorney for Plaintiff*